**Order entered July 26, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00538-CV

### IN RE PATRICK DOAK, JERRY ZEMANSKI AND STEVEN BIN, Relators

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-00538-2013**

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the trial judge, the Honorable John Roach, Jr., Judge of the 296th Judicial District Court, to **VACATE** his April 5, 2013 "Order Granting Davaco, Inc.'s Rule 202 Petition" and to **RENDER** an order denying that petition.

Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of its order issued in compliance with this order.

We **ORDER** that relators recover their costs of this original proceeding from real party in interest.

/s/      DOUGLAS S. LANG
            JUSTICE